1  Sengthiene Bosavanh, Esq. #249801
   Milam Law
2  948 11th Street, Suite 17
   Modesto, California 95354
3  (209) 576-0817
    Attorney for Plaintiff
4

5
                    UNITED STATES DISTRICT COURT
6
                    EASTERN DISTRICT OF CALIFORNIA
7
                            FRESNO DIVISION
8

9
   Nancy Ortiz,                    )   CASE NO.1:11-cv-01443-LJO-BAM
10         Plaintiff,               )
                                   )
11     v.                          )
                                   )   STIPULATION AND ORDER
12 Commissioner of Social Security )   FOR EXTENSION OF TIME TO SUBMIT
           Defendant.               )   PLAINTIFF'S CONFIDENTIAL BRIEF
13

14         IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a

15 first-time 30-day extension of time to submit a confidential brief. The extension is requested due

16 to Plaintiff's attorney's workload demands and the number and complexity of the issues in this

17 case. The current due date for Plaintiff's Confidential Brief is February 13, 2012. The new due

18 date will be March 15, 2012.  The scheduling order should be modified accordingly.

   Dated: February 13, 2012           /s/ Sengthiene Bosavanh
19                                    SENGTHIENE BOSAVANH, ESQ.
                                      Attorney for Plaintiff
20
   Dated: February 13, 2012           BENJAMIN B. WAGNER
21                                    United States Attorney

22
                                      By: /s/Sundeep Patel
23                                    (as authorized via telephone)
                                      SUNDEEP PATEL FOR
24                                    ANN LUCILLE MALEY
                                      Special Assistant United States Attorney
25

26     IT IS SO ORDERED.

27 **Dated:   February 15, 2012**            **/s/ Barbara A. McAuliffe**

28                                    UNITED STATES MAGISTRATE JUDGE