UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Nancy Ortiz,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Commissioner of Social Security<br><br>　　　　Defendant. | CASE NO. 1:11-cv-01443-LJO-BAM<br><br>ORDER GRANTING PLAINTIFF<br>EXTENSION OF TIME TO FILE<br>OPENING BRIEF |

Based on the Stipulation of the parties (Doc. 20), and for good cause shown, the Court GRANTS Plaintiff's request for an extension of time to file her Opening Brief. Plaintiff's shall have up to and including June 8, 2012 to file her Opening Brief. The scheduling order is modified accordingly.

IT IS SO ORDERED.

Dated: __June 1, 2012__　　　　　　　__/s/ Barbara A. McAuliffe__
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE