1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
3  Acting Regional Chief Counsel, Region IX
   CYNTHIA B. DE NARDI, CSBN 256770
4  Special Assistant United States Attorney
           Social Security Administration
5          160 Spear Street, Suite 800
           San Francisco, California 94105
6          Telephone: (415) 977-8961
7          Facsimile: (415) 744-0134
           Email: cynthia.denardi@ssa.gov
8  Attorneys for Defendant

9

10               **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF CALIFORNIA**
11                      **FRESNO DIVISION**

12

13  NANCY ORTIZ,                         )  Case No. 1:11-CV-01443-LJO-BAM
                                         )
14       Plaintiff,                      )  **STIPULATION AND ORDER FOR**
                                         )  **DEFENDANT'S FIRST EXTENSION OF**
15       v.                              )  **30 DAYS TO RESPOND TO**
                                         )  **PLAINTIFF'S OPENING BRIEF**
16  MICHAEL J. ASTRUE,                   )
    Commissioner of Social Security,     )
17                                       )
                                         )
18       Defendant.                      )
                                         )
19  _____  )

20       IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel

21  of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's

22  opening brief. The undersigned was reassigned seven district court cases on June 11, 2012,

23  which are due in July 2012, and two cases, including the instant case, are currently due on July 9,

24  2012.  The undersigned requires additional time to prepare the Defendant's response, in

25  particular because she will be on approved leave July 3-5, 2012, and July 16-20, 2012.  The

26  current due date is July 9, 2012.   The new due date will be August 8, 2012.

27       The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

28       //

                                        -1-

1

Respectfully submitted,

2

3
BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT

4
Acting Regional Chief Counsel, Region IX

5
Social Security Administration

6
Dated: June 22, 2012       By:     */s/ Cynthia B. De Nardi*

7
CYNTHIA B. DE NARDI
Special Assistant United States Attorney

8

9
Attorneys for Defendant

10
Dated: June 22, 2012            *s/Sengthiene Bosavanh*
(authorized by email)

11
Sengthiene Bosavanh
Attorney for Plaintiff

12

13

14

15
IT IS SO ORDERED.

16
Dated:    **June 22, 2012**                   /s/ Barbara A. McAuliffe

17
UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28